```
 1  JOHN F. GARLAND   #117554
    Attorney at Law
 2  1713 Tulare Street, Suite 221
    Fresno, California 93721
 3
    Telephone: (559) 497-6132
 4  Facsimile:  (559) 579-1530

 5  Attorney for Defendant,
    JEFFREY PAUL DYER
 6

 7              IN THE UNITED STATES DISTRICT COURT FOR THE

 8                   EASTERN DISTRICT OF CALIFORNIA

 9
    UNITED STATES OF AMERICA,    )   Case No.  1: 08-CR-00048 AWI
10                               )
         Plaintiff,               )   STIPULATION TO CONTINUE
11                               )   SENTENCING HEARING
         v.                       )   AND ORDER THEREON
12                               )
    JEFFREY PAUL DYER,            )   Date:   February 25, 2013
13                               )   Time:   10:00 a.m.
         Defendant.                )   Courtroom Two
14  _____)   Honorable Anthony W. Ishii

15
```

Defendant, JEFFREY PAUL DYER, by and though his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Mark J. McKeon, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from February 4, 2013 to February 25, 2013 at 10:00 a.m. This continuance is necessary to allow the counsel for the defendant sufficient time to complete investigation relating to issues relevant to sentencing.

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

   a. Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: January 31, 2013                         /s/ John F. Garland
                                              John F. Garland
                                           Attorney for Defendant
                                            JEFFREY PAUL DYER

1

Dated: January 31, 2013

Benjamin B. Wagner
United States Attorney

　/s/ Mark J. McKeon
By : MARK J. McKEON
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing for defendant JEFFREY PAUL DYER is continued to February 25, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 31, 2013

_____
SENIOR DISTRICT JUDGE